PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
CHRISTOPHER D. VIEIRA, CSBN 273781
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4808
      E-Mail: christopher.vieira@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOEL DE HARO GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:24-cv-00222-KES-CDB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended thirty (30) days from April 22, 2024, up to and including May 22, 2024. This is the Defendant's first request for an extension.

    Defendant makes this request in good faith and for good cause, with no intent to delay proceedings unduly. The certified administrative record in this case is not yet available. Although Defendant is requesting an extension to May 22, 2024, counsel will aim to file the certified administrative record before that date if it is available before then.

Stip. for Ext.; 1:24-cv-00222-KES-CDB           1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: April 18, 2024           Respectfully submitted,

/s/ *Jonathan Peña\**
(*as authorized via e-mail on Apr. 18, 2024)
JONATHAN PEÑA
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 22, 2024, to respond to Plaintiff's Complaint.

DATED:  April 19, 2024

HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE